1  BERNDT INGO BRAUER
   Attorney at Law
2  State Bar No. 96699
   111 West St. John Street
3  Suite 555
   San Jose, CA 95113
4  Tel: (408) 275-1290    Fax: (408) 275-1396

5  Attorney for Defendant
   ELISEO BARRIOS CASTILLO
6
7

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
7/13/2011

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,        ) Case No: CR-11-00282 EJD
                                      )
13 |        Plaintiff,                 ) STIPULATION AND [PROPOSED]
                                      ) ORDER VACATING DISPOSITIONAL
14 |        - vs -                     ) HEARING DATE FROM JULY 18, 2011,
                                      ) AND CONTINUING HEARING TO
15 | ELISEO BARRIOS CASTILLO,          ) SEPTEMBER 19, 2011
                                      )
16 |        Defendant.                 )
                                      )
17 |_____)

18     Due to the fact that defense counsel Berndt Ingo Brauer is currently engaged in a jury trial for

19 *People of the State of California v. Jose Bautista*, Santa Clara County Case No.: CC945182, which

20 is expected to last beyond July 18, 2011;

21     IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of

22 the Defendant Eliseo Barrios-Castillo and Special Assistant United States Attorney.Bradley Price

23 on behalf of the Government that the dispositional hearing set in the above-entitled matter for July

24 18, 2011 at 1:30 p.m. be continued to **September 19, 2011 at 1:30 PM.**

25     IT IS FURTHER STIPULATED that the time between July 18, 2011 and **September 19, 2011**

26 excludable under the Speedy Trial Act, 18 U.S.C. §3161.  The parties agree, pursuant to 18 U.S.C.

27 §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would

28 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into

– 1 –

**Stipulation and [Proposed] Order**

1  account the exercise of due diligence.  The parties further agree that the ends of justice served by
2  granting the requested continuance outweigh the best interest of the public and the defendant in a
3  speedy trial.

4  Dated: July 12, 2011                                              /s/
                                                        BERNDT INGO BRAUER
5                                                       Attorney for Defendant
                                                        ELISEO BARRIOS CASTILLO
6

7

8  IT IS SO STIPULATED

9  Dated:  July 12, 2011                                             /s/
                                                        BRADLEY PRICE
10                                                      Special Assistant United States Attorney.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

**Stipulation and [Proposed] Order**

1 **[PROPOSED] ORDER**

2 Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the
3 time between July 18, 2011 and **Sept. 19, 2011** is excluded under the Speedy Trial Act, 18 U.S.C.
4 §3161.  The court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to
5 grant the requested continuance would unreasonably deny defense counsel reasonable time
6 necessary for effective preparation, taking into account the exercise of due diligence.
7 Furthermore, the Court finds that the ends of justice served by granting the requested continuance
8 outweigh the best interest of the public and the defendant in a speedy trial.  The court therefore
9 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and
10 (B)(iv).
11   It is so ORDERED

13 Dated: July 13, 2011

THE HON. EDWARD J. DAVILA
Judge of the United States District Court

**Stipulation and [Proposed] Order**