BERNDT INGO BRAUER
Attorney at Law
State Bar No. 96699
111 West St. John Street
Suite 555
San Jose, CA 95113
Tel: (408) 275-1290    Fax: (408) 275-1396

Attorney for Defendant
ELISEO BARRIOS CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR-11-00282 EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TAKE SEPTEMBER 12, 2011 MOTION FOR DISCOVERY PURSUANT TO FRCP RULE 16 OFF CALENDAR** |
| - vs - | |
| ELISEO BARRIOS CASTILLO, | |
| Defendant. | |

Due to the fact that counsel for the parties have agreed to attempt resolution of discovery issues informally,

IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of the Defendant Eliseo Barrios-Castillo and Assistant United States Attorney Suzanne DeBerry on behalf of the Government that the hearing on defense counsel's Motion for Discovery Pursuant to FRCP 16 set in the above-entitled matter for September 12, 2011 at 1:30 p.m. be taken off of the court's calendar to allow the parties to attempt informal resolution of any discovery issues.

Dated: September 9, 2011                                  /s/
                                                          BERNDT INGO BRAUER
                                                          Attorney for Defendant
                                                          ELISEO BARRIOS CASTILLO

– 1 –

**Stipulation and [Proposed] Order**

– 2 –

1 | IT IS SO STIPULATED

2 | Dated:  September 9, 2011                                                    /s/
                                                                    SUZANNE DeBERRY
                                                                    Assistant United States Attorney.

**Stipulation and [Proposed] Order**

**[~~PROPOSED~~] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the hearing on defense counsel's Motion for Discovery Pursuant to FRCP 16 be taken off calendar to allow counsel for the parties to attempt resolution of any discovery issues informally.

It is so ORDERED

Dated: September 12, 2011

_____
Hon. Edward J. Davila
Judge of the United States District Court